UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-CV-21138-KMM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RAMOS DISTRIBUTION CORPORATION,

        Defendant.
_____/

## DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon Plaintiff, United States of America's Motion for Entry of Default Final Judgment against Defendant, Ramos Distribution Corporation (the "Motion") (ECF No. 13). A Clerk's Default (ECF No. 11) has been entered against the Defendant for failure to answer or otherwise respond to the Summons and Complaint served by the Plaintiff. Counsel for Plaintiff filed the Motion along with an Affidavit detailing the amount due from Defendant Ramos Distribution Corporation (ECF No. 13-1). Defendant failed to respond to Plaintiff's Motion and the time to do so has passed. The Motion is now ripe for review.

UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. Default Final Judgment is entered in favor of Plaintiff, the United States of America, and against Defendant, Ramos Distribution Corporation, in the amount of $13,655.72, plus interest which shall accrue at the statutory rate pursuant to 28 U.S.C. § 1961.

The Clerk of the Court is instructed to CLOSE this Case. All pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this  7th   day of July, 2016.

*K. M. Moore*
K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

c:  The Honorable Chris M. McAliley, United States Magistrate Judge
    Annika M. Miranda, Assistant United States Attorney
    Ramos Distribution Corporation c/o registered agent Jorge Ramos, Defendant
    6457 W. 22nd Court
    Hialeah. Florida 33016